# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO TEJADA,<br><br>Petitioner,<br><br>v.<br><br>TIMOTHY S. ROBBINS,<br><br>Respondent. | Case No. SA CV 11-1496 JHN (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record. No objections to the Report and Recommendation have been filed.[1]

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted; and

2. Judgment be entered denying the Petition and dismissing this action as

---

[1] The docket indicates that the copies of the Report and Recommendation and the Notice of Filing of Magistrate Judge's Report and Recommendation that were mailed to Petitioner at his address of record were returned by the U.S. Postal Service as undeliverable. [*See* Docket Nos. 8-9.] Since more than 15 days have passed since the Report and Recommendation was mailed, and since Petitioner has not complied with his obligation to advise the Court of his current address, this action is also subject to dismissal pursuant to Local Rule 41-6.

moot.

DATED: December 9, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE