# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBERTO TEJADA, | Case No. SA CV 11-1496 JHN (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| TIMOTHY S. ROBBINS, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED AS MOOT** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: December 9, 2011

_____
HON. JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1